

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00467-CR

ESTABAN GILBERTO CAMPOS JR.                                     APPELLANT
A/K/A ESTABAN G. CAMPOS

V.

THE STATE OF TEXAS                                              STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the appellant's pro se "Motion To Withdraw Appeal And Motion To Accelerate Mandate." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant appellate counsel's motion to withdraw, grant the motion to withdraw the appeal, and

---

[1]*See* Tex. R. App. P. 47.4.

dismiss the appeal.  *See id.;* Tex. R. App. P. 43.2(f).  Because appellant provides that the State so agrees, we grant the motion to accelerate mandate, and the mandate will issue immediately.  *See* Tex. R. App. P. 18.1(c).

PER CURIAM

PANEL:  DAUPHINOT, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 2, 2011